UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 18-01606 TNM |

# ANSWER

Defendant, the Department of Education, hereby answers the complaint:

## FIRST DEFENSE

Records being sought by plaintiff may be withheld in full or in part based on the exemptions to the Freedom of Information Act ("FOIA") set out in 5 U.S.C. § 552(b).

## SECOND DEFENSE

Defendant answers the numbered and unnumbered paragraphs of the complaint as follows:

1. This paragraph is plaintiff's characterization of its case as to which no response is required.

2. The first sentence is plaintiff's characterization of its Freedom of

Information Act request, which is attached to the complaint, and the Court is referred to that document, which is the best evidence of its contents. The second and third sentences are admitted.

3 and 4. These paragraphs are conclusions of law as to which no answer is required.

5 and 6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of these paragraphs.

7. It is admitted that defendant is an agency within the meaning of that term as used in the FOIA. It is denied, however, that defendant is unlawfully failing to disclose records.

8 through 23. These paragraphs summarize material that is referenced in the complaint, and the Court is referred to that material, which is the best evidence of its contents.

24. Admitted.

25 through 29. These paragraphs summarize material that is referenced in the complaint, and the Court is referred to that material, which is the best evidence of its contents.

30 through 34. These paragraphs summarize exhibits to the complaint, and the Court is referred to those exhibits, which are the best evidence of their contents.

35. Admitted.

36. It is admitted that defendant has not made a final determination on plaintiff's FOIA request.

37. This paragraph is a legal conclusion as to which no response is required.

38. Defendant incorporates herein the responses in the preceding paragraphs.

39 and 40. These paragraphs are legal conclusions as to which no response is required.

41 through 43. Denied.

44. Defendant incorporates herein the responses in the preceding paragraphs.

45 and 46. These paragraphs are legal conclusions as to which no response is required.

47 through 49. Denied.

The remainder of the complaint is plaintiff's request for relief, and defendant denies that plaintiff is entitled to any relief.

\* \* \* \* \*

All allegations not expressly admitted are denied.

WHEREFORE, defendant requests this Court to deny plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief

as the Court deems appropriate, and award defendant the costs of this action.

    Respectfully submitted,

    JESSIE K. LIU, D.C. Bar #472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

    BY:  /s/ *Fred E. Haynes*
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.252.2550
    fred.haynes@usdoj.gov