UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
NATIONAL STUDENT LEGAL          )
DEFENSE NETWORK,                )
                                          )
      Plaintiff,                )
                                          )
v.                                        )        Civil Action No. 18-01606 TNM
                                          )
UNITED STATES DEPARTMENT        )
OF EDUCATION,                    )
                                          )
      Defendant.                )
_____)

## JOINT STATUS REPORT[1]

      Plaintiff submitted the Freedom of Information Act ("FOIA") request at issue on May 31, 2018, seeking: (i) documents that were submitted to the United States Department of Education (the "Department") by third-party ACICS on or around May 30, 2018; and (ii) communications between the Department and ACICS regarding that ACICS submission.  The third-party submission at issue in the first portion of Plaintiff's request contains a large volume of records.

      Defendant is producing, on a rolling basis, 300 pages of records per month. Defendant's most recent production took place on January 28, 2019.  Given the

---

[1] The filing of this joint status report is one business-day late due to the high volume of work faced by counsel for Defendant last week as a result of the re-opening of the government.  Counsel for Plaintiff reached out to counsel for Defendant about this joint status report on January 29 and February 1, but did not receive a response until today.  Counsel for Defendant apologizes for this delay.

volume of records awaiting review and potential release, the parties remain in

discussions as to the production schedule as well as how to focus the request to

capture records of interest to plaintiff and potentially reduce the number of records

that must be processed.  The parties propose to file another joint status report by

March 1, 2019, to further advise the Court on the status of this case.  Counsel for

Defendant has authorized undersigned counsel to file this joint status report on

Defendant's behalf.

Respectfully submitted,

/s/ *Alexander S. Elson*
Alexander S. Elson, D.C. Bar # 1602459
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
alex@nsldn.org
(202) 734-7495