UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-01606 TNM<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

　　Since the last joint status report, defendant has made another production of documents to plaintiff. Given the volume of records awaiting review and release, the parties remain focused on the need to reach an agreement that would reduce the volume of records that have to be processed. The parties propose to file another joint status report by March 28, 2019. Plaintiff's counsel has authorized undersigned counsel to file this joint status report on plaintiff's behalf.

　　　　　　　　Respectfully submitted,

　　　　　　　　JESSICA K. LIU, D.C. Bar #472845
　　　　　　　　United States Attorney

　　　　　　　　DANIEL F. VAN HORN, D.C. Bar #924092
　　　　　　　　Chief, Civil Division

BY: /s/ *Fred E. Haynes*
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov