UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF EDUCATION, ) ) Defendant. ) ) | Civil Action No. 18-01606 TNM |

## PLAINTIFF'S STATUS REPORT

Plaintiff submitted the Freedom of Information Act ("FOIA") request at issue on May 31, 2018, seeking: (i) documents that were submitted to the United States Department of Education (the "Department") by third-party ACICS on or around May 30, 2018; and (ii) communications between the Department and ACICS regarding that ACICS submission. The third-party submission at issue in the first portion of Plaintiff's request contains a large volume of records.

The parties conferred on March 26, 2019 to discuss the schedule for proceeding in this case. Despite numerous attempts, Plaintiff has since been unable to reach counsel for Defendant via telephone or email. Plaintiff therefore submits this status report, which summarizes what the parties discussed on March 26, but which counsel for Defendant has not reviewed.

Defendant is producing, on a rolling basis, approximately 300 pages of records per month. According to agency counsel, the most recent production was placed in the mail on March 27, 2019. Plaintiff expects to receive the production tomorrow.

Defendant indicated that it has completed production of all of the exhibits labeled "A-0" and that only exhibits labeled "B-0" remain. Because there are tens of thousands of pages of "B-0" exhibits and no index, the parties remain in discussions regarding how best to either speed up the productions or reduce the number of records that must be processed.

At the same time, Defendant stated that it would continue to produce documents on the current schedule. Given the above, the parties agreed on March 26 that it did not appear necessary to update the Court on a monthly basis. The parties had tentatively agreed to propose to the Court that the next joint status report be filed by May 31, 2019.

Respectfully submitted,

/s/ *Alexander S. Elson*
Alexander S. Elson, D.C. Bar # 1602459
National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
alex@nsldn.org
(202) 734-7495